IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | |
| ) | CASE NO. 05-20974-TLM |
| Michael Lee Irwin and ) | |
| Tina Marie Irwin, ) | ORDER DENYING |
| ) | MOTION FOR EXTENSION OF TIME |
| Debtors ) | |
| _____) | |

Debtors filed a Motion to Extend Time to File Schedules and Related Documents on July 8, 2005. *See* Doc. No. 8 ("Motion"). Debtors ask in the Motion for an extension until July 18, 2005, to complete their filings in this case. The bankruptcy was filed on June 21, 2005. The incomplete filing were therefore due by July 6, 2005. *See* Fed. R. Bankr. P. 1007(c) (schedules and statements due within 15 days of petition date). The § 341(a) meeting of creditors and examination of debtors has been scheduled, according to the docket, for July 18, 2005. *See*, *e.g.*, Doc. No. 6 (BNC certificate of service of notice).

Local Bankruptcy Rule 1007.2 specifically and expressly provides that an extension will not be granted beyond the date of the § 341(a) meeting unless the debtors have arranged with the U.S. Trustee for an continuance of that meeting and provided appropriate notice thereof. The Motion is here defective because it says nothing about the continuance of the § 341(a) meeting, and the docket reflects no notice of a continued meeting or other indication that a continuance was sought and granted. (In fact, the Motion is further defective in that it does not identify, as LBR 1007.2 requires, the date set for the meeting of creditors.)

Under the record herein, the request of Debtors for an extension of Rule 1007 time deadlines to July 18, 2005 is DENIED.

DATED: July 12, 2005



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER GRANTING
MOTION FOR EXTENSION OF TIME - 1